PEARL BRUCKNER, an Infant, by DORA BRUCKNER, Her Guardian ad Litem, and DORA BRUCKNER, Appellants, v. JAMES O'ROURKE, Defendant, Impleaded with ALEX A. RESNICK, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of STANLEY M. LAZARUS, an Attorney.— Both counsel agree that in some unexplained manner an exhibit inadvertently came before the referee which had not been offered or marked in evidence. It further appears that the decision of the learned referee was based in large part upon the contents of this supposed exhibit. Matter referred to an official referee. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of ADOLF H. LANDLEY.— Motion dismissed. (See *Matter of O'Donnell*, N. Y. L. J. Feb. 28, 1934.) Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

# SECOND DEPARTMENT, NOVEMBER, 1934.

LOU ELLA ALEXANDER, Appellant, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Defendant, and NEW YORK, WESTCHESTER AND CONNECTICUT TRACTION COMPANY, Respondent.— Judgment of the County Court of Westchester county in an action to recover for personal injuries sustained through the negligence of the operator of a trolley car in which plaintiff was riding as a passenger, and order denying plaintiff's motion to set aside the verdict on the ground of inadequacy, reversed on the facts and a new trial ordered, costs to appellant to abide the event, on the ground that the verdict is inadequate, unless within five days from service of a copy of the order herein respondent stipulate that the verdict be increased to $1,000 and that judgment, with costs, be entered thereon. If respondent so stipulate, the judgment so increased and the order are unanimously affirmed, with costs of the appeal to appellant. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

JOSEPH BLUTREICH, Appellant, v. MICHAEL V. ROSENBERG, Respondent.— On the court's own motion, the decision handed down on October 29, 1934 [*ante*, p. 790], is hereby amended to read as follows: Judgment dismissing the complaint on the merits in an action in equity for an accounting unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

PETER J. BUTTERLY, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Order of the County Court of Dutchess county setting aside verdict and granting a new trial in action to recover damages for trees cut down by defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

HERMAN COHEN, Respondent, v. EMANUEL FEDER and Others, Copartners, Doing Business under the Firm Name and Style of FAMOUS INFANTS KNITWEAR MILLS, Appellants.— Judgment in an action for damages for wrongful discharge from employment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.